1 | BENJAMIN B. WAGNER
United States Attorney
2 | JOHN K. VINCENT
PHILIP A. FERRARI
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6
Attorneys for Plaintiff
7 | United States of America

**FILED**

JUN 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: Search of:                            )  CASE NO. 2:13-SW-0385 DAD
                                             )
                                             )
                                             )  SEALING ORDER
                                             )
1020 N Street, Room 592,                     )
Sacramento, California 95814                 )
                                             )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search, and that the government may provide copies of the affidavit to other law enforcement officers and attorneys assisting with this investigation.

Dated: 6/4/13

_____
HON. DALE A DROZD
United States Magistrate Judge