BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
PHILIP A. FERRARI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
JUN 0 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Search of: | CASE NO. 2:13-SW-385 DAD |
| | [~~proposed~~] ORDER |
| 1020 N Street, Room 592, Sacramento, California 95814 | |

The Court is informed that the government executed the above-referenced search warrant on June 4, 2013, and created and seized images of at least two digital devices. It is hereby ordered that these forensic images, which contain all of the data seized from each digital device on the day of the search, shall not be searched or accessed by any investigating agent or prosecutor after October 2, 2013, absent further order of the Court.

Dated: 6/7/13

*/s/ Dale A. Drozd*
HON. DALE A DROZD
United States Magistrate Judge