SEALED

BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

OCT 0 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of Search of: 1020 N Street, Room 592, Sacramento, California. | CASE NO. 2:13-SW-385 DAD <br><br> Under Seal <br><br> ORGER GRANTING EXTENSION OF TIME TO COMPLETE SEARCH OF SEIZED ELECTRONIC IMAGES |
|---|---|

Good Cause appearing, the Court hereby orders that the United States may have an additional 120 days from the date of this Order to complete the search of the digital items seized in this case.

IT IS SO ORDERED.

Dated: 10/1/13

_____
HON. DALE A. DROZD
United States Magistrate Judge