BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
ROBERT E. DUGDALE (SBN: 167258)
Special Assistant United States Attorney
Chief, Criminal Division
Central District of California
DOUGLAS M. MILLER (SBN: 240398)
Public Corruption & Civil Rights Section
Special Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    E-mail:  douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
JUN 0 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF 1020 N STREET, ROOM 592, SACRAMENTO, CALIFORNIA 95814 | No. CR 13-SW-0385-DAD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the search warrant filed under the criminal case number above and all related pleadings filed under that same criminal number be unsealed.

IT IS SO ORDERED.

6-5-2014
DATE

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE